UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY,<br><br>           Plaintiff(s),<br><br>     v.<br><br>FENIGSTEIN & KAUFMAN, *et al.*,<br><br>           Defendant(s). | CASE NO. CV08-6333-AHM (AJWx)<br><br>ORDER REMOVING CASE FROM ACTIVE CASELOAD |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown within 30 days, to request a status conference be scheduled if settlement is not consummated.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: February 26, 2010

_____
A. HOWARD MATZ
United States District Judge

**JS-6**